**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dale V Felske** | Social Security number or ITIN  **xxx−xx−0076** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sherrill L Felske** | Social Security number or ITIN  **xxx−xx−0223** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **14−70602−JAD**

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dale V Felske                                         Sherrill L Felske

6/12/17                                               **By the court:**   Jeffery A. Deller
                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 14-70602-JAD
Dale V Felske                                                     Chapter 7
Sherrill L Felske
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: llea            Page 1 of 2          Date Rcvd: Jun 12, 2017
                              Form ID: 318          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2017.
```
db/jdb       +Dale V Felske,    Sherrill L Felske,    11 Felske Lane,    Philipsburg, PA 16866-8549
aty           John A. Baldwin,    Baldwin & Morrison, P.A.,    7100 South U.S. Highway 17-92,
               Fern Park, FL 32730-2092
intp          Estate of Virginia K. Felske,    c/o Baldwin & Morrison, P.A.,    7100 South U.S. Highway 17-92,
               Fern Park, FL 32730-2092
13948779     +Dave Lata, Representative,    M&T Bank,    1100 Wehrle Drive,    Williamsville,NY 14221-7748
13911331      Department of Veterans Affairs,     P.O. Box 530269,    Atlanta, GA 30353-0269
13911333      First National Bank,    One F.N.B. Boulevard,    Hermitage, PA 16148
13911335     +First National Bank,    P.O. Box 6000,    Hermitage, PA 16148-0900
13911334      First National Bank,    3320 Esat State Street,    Hermitage, PA 16148
13978135     +First National Bank of Pa.,    4140 East State St,    Hermitage, PA 16148-3401
13911336     +First National Bank of Pennsylvania,    Tyrone,    1402 Logan Avenue,    Tyrone, PA 16686-1724
13911341     +Sears Card General Inquiries,    P.O. Box 6275,    Sioux Falls, SD 57117-6275
13911344      UPMC Presbyterian Shadyside,    P.O. Box 382059,    Pittsburgh, PA 15250-8059
13911343     +United Collection Bureau, Inc.,    5620 Southwyck Blvd.,    Suite 206,    Toledo, OH 43614-1501
13911345      Van Zandt VA Medical Center (503),    2907 Pleasant Valley Blvd.,    Altoona, PA 16602-4377
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          +EDI: QJRWALSH.COM Jun 13 2017 00:53:00      James R. Walsh,    Spence, Custer,Saylor,Wolfe & Rose,
               P.O. Box 280,    Johnstown, PA 15907-0280
tr           +EDI: QJRWALSH.COM Jun 13 2017 00:53:00      James R. Walsh,
               Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,    Johnstown, PA 15905-2545
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2017 01:05:34       Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA 17128-0946
cr            E-mail/Text: camanagement@mtb.com Jun 13 2017 01:05:29       M&T Bank,    Attn: Dave Lata,
               1100 Wehrle Drive,    Williamsville, NY  14221
13911322      EDI: BANKAMER.COM Jun 13 2017 00:53:00      Bank of America,    P.O. Box 15019,
               Wilmington, DE 19886-5019
13911320      EDI: BANKAMER.COM Jun 13 2017 00:53:00      Bank of America,    P.O. Box 982234,
               El Paso, TX 79998-2234
13911323      EDI: BANKAMER.COM Jun 13 2017 00:53:00      Bank of America,    P.O. Box 982235,
               El Paso, TX 79998-2235
13911332      EDI: BANKAMER.COM Jun 13 2017 00:53:00      FIA Card Services, N.A.,    C/O Bank of America,
               P.O. Box 982236,    El Paso, TX 79998-2236
13911321      EDI: BANKAMER.COM Jun 13 2017 00:53:00      Bank of America,    4060 Ogletown/Stanton Rd,
               Newark, DE 19713
13911325      EDI: CAPITALONE.COM Jun 13 2017 00:53:00      Capital One Bank (USA), N.A.,
               C/O Richard D. Fairbank, CEO,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
13911326      EDI: CAPITALONE.COM Jun 13 2017 00:53:00      Capital One Bank (USA), N.A.,    P.O. Box 71083,
               Charlotte, NC 28272-1083
13911324      EDI: CAPITALONE.COM Jun 13 2017 00:53:00      Capital One Bank (USA), N.A.,
               Attn: General Correspondence,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13911327      EDI: CITICORP.COM Jun 13 2017 00:53:00      Citi Cards,    Processing Center,
               Des Moines, IA 50363-0005
13911328      EDI: CITICORP.COM Jun 13 2017 00:53:00      Citi Cards,    P.O. Box 6500,
               Sioux Falls, SD 57117-6500
13911330     +EDI: CITICORP.COM Jun 13 2017 00:53:00      Citibank Customer Service,    P.O. Box 6500,
               Sioux Falls, SD 57117-6500
13911338      E-mail/Text: camanagement@mtb.com Jun 13 2017 01:05:29       M&T Bank,
               Attn: Lending Services, Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
13911339      E-mail/Text: camanagement@mtb.com Jun 13 2017 01:05:29       M&T Bank,
               Attn: Lending Services, Customer Support,    P.O. Box 900,    Millsboro, DE 19966
13996954     +EDI: RESURGENT.COM Jun 13 2017 00:53:00      PYOD, LLC its successors and assigns as assignee,
               of Citibank, N.A.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13911340     +EDI: SEARS.COM Jun 13 2017 00:53:00      Sears Card Billing Disputes,    P.O. Box 6283,
               Sioux Falls, SD 57117-6283
13911342      EDI: SEARS.COM Jun 13 2017 00:53:00      Sears Credit Cards,    P.O. Box 6282,
               Sioux Falls, SD 57117-6282
                                                                                                TOTAL: 20
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13911329*    +Citi Cards,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
13911337    ##+Global Credit & Collection Corp.,    Attn: Mr. Hamblin,    2699 Lee Road,    Suite 330,
               Winter Park, FL 32789-1740
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-7           User: llea                  Page 2 of 2                  Date Rcvd: Jun 12, 2017
                               Form ID: 318                Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2017 at the address(es) listed below:
```
              Daniel J. Boger    on behalf of Joint Debtor Sherrill L Felske dnlboger@yahoo.com,
               dboger@shepleylaw.com;mlloyd@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
              Daniel J. Boger    on behalf of Debtor Dale V Felske dnlboger@yahoo.com,
               dboger@shepleylaw.com;mlloyd@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
              David J. Novak    on behalf of Trustee James R. Walsh dnovak@spencecuster.com,  rfn@jjbodies.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 7
```