**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Dale V .Felske and Sherril L. Felske,**<br><br>**Husband and Wife**<br><br>**Debtors** | Case No. 14-70602-JAD<br><br>Chapter 7 |
| **James R. Walsh, Trustee of the Bankruptcy Estate of Sale V. Felske and Sherril L. Felske.**<br><br>**Movant**<br><br>**v.**<br><br>**Dale V. Felske; Estate of Virginia K. Felske, a.k.a Virginia Loretta Kathryn Felske; Kim Louise Port, Executrix; and Kim Louise Port, Individually,**<br><br>**Respondents** | Doc. No. _____<br><br>Related to Doc. No. 67 |

**REPORT OF SALE OF INTEREST IN REAL PROPERTY SOLD PURSUANT TO ORDER DATED MAY 19, 2017**

COMES NOW, the above-named Chapter 7 Trustee, Movant, by and through his counsel, Spence, Custer, Saylor, Wolfe & Rose, LLC, and does file the within Report of Sale of Interest in Real Property Sold Pursuant to Order Dated May 19, 2017, and respectfully reports as follows:

TO THE CLERK:

Closing having occurred on the above sale as a result of the Bankruptcy Court's approval of the sale of the Bankruptcy Estate's interest in real property, and disbursements of related costs of sale having occurred, the following represents a Report of Sale as to the application/disposition of the proceeds of the sale of the following asset:

(1)  Debtor Husband's 25% interest in real property situate in Volusia County, Florida, being bounded and described as follows:

Lot 409, ORLANDIA HEIGHTS (Unrecorded Plat): From the SW corner of Section 33, Township 18 South, Range 30 East, Volusia County, Florida, run North along West line of Section 33 a distance of 1950 feet; thence run East 3165 feet for a Point of Beginning; thence dun North 235 feet; thence run East 255 feet; thence run South 235 feet; thence run West 255 feet; thence run South 235 feet; thence run West 255 feet to the Point of Beginning.

Subject to an easement for road purposes over the North 35 feet thereof, and the East 35 feet.

Being Parcel No. 31-18-30-01-00-4090.

## AMOUNT DUE SELLER

| | |
|---|---|
| Sale Price | $20,000.00 |
| | |
| **TOTAL** | **$20,000.00** |

### A. Costs of Sale

| | |
|---|---|
| Costs of Sale Itemized as Follows: | |
| | |
| Advertising - Cambria County Legal Journal | $128.00 |
| Advertising - The News-Journal | $129.97 |
| Postage - Motion to Sell | $14.26 |
| Copies - Motion to Sell | $10.25 |
| Incoming bank wire fee (receipt of sale proceeds) | $20.00 |
| Clerk of Courts - certified copy of order approving sale for recording in Florida per buyer's request. | $13.00 |
| | |
| **TOTAL** | **$315.48** |

### B. Total Remaining Funds[1]

| | |
|---|---|
| Amounts due Seller | $20,000.00 |

---

[1] Total remaining funds does not include the payment of counsel fees for the sale of the assets. Counsel fees for this sale will be paid upon completion of the case and with approval of the Court after notice and hearing.

| Less costs of sale/disbursements made at closing | <$315.48> |
|---|---|
|  |  |
| **TOTAL AMOUNT REMAINING FOR DISTRIBUTION** | **$19,684.52** |

Dated: <u>September 23, 2017</u>　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　Spence, Custer, Saylor, Wolfe & Rose, LLC

　　　　　　　　　　　　　　　By:　<u>*/s/ Kevin J. Petak*</u>,
　　　　　　　　　　　　　　　　　　James R. Walsh, Esquire
　　　　　　　　　　　　　　　　　　PA ID No. 27901
　　　　　　　　　　　　　　　　　　Kevin J. Petak, Esquire
　　　　　　　　　　　　　　　　　　PA ID No. 92154
　　　　　　　　　　　　　　　　　　1067 Menoher Boulevard
　　　　　　　　　　　　　　　　　　Johnstown, PA 15905
　　　　　　　　　　　　　　　　　　Tel: 814.536.0735
　　　　　　　　　　　　　　　　　　Fax: 814.539.1423
　　　　　　　　　　　　　　　　　　email: **kpetak@spencecuster.com**
　　　　　　　　　　　　　　　　　　*Counsel for Chapter 7 Trustee*