# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### JOHNSTOWN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| DALE V FELSKE § | Case No. 14-70602-JAD |
| SHERRILL L FELSKE § | |
| § | |
| Debtors § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JAMES R. WALSH, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> U.S. Bankruptcy Court
> 5414 U.S. Steel Tower
> 600 Grant Street
> Pittsburgh, PA 15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on  in Courtroom B,

> United States Bankruptcy Court
> Penn Traffic Building, First Floor
> 319 Washington Street
> Johnstown, PA 15901

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/11/2018          By: /s/ James R. Walsh
                                        Trustee


JAMES R. WALSH, TRUSTEE
SPENCE, CUSTER, SAYLOR, WOLFE & ROSE, LLC
1067 MENOHER BOULEVARD
JOHNSTOWN, PA  15905

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## JOHNSTOWN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DALE V FELSKE | § | Case No. 14-70602-JAD |
| SHERRILL L FELSKE | § | |
| | § | |
| Debtors | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 12,907.15 |
| leaving a balance on hand of [1] | $ | 7,092.85 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JAMES R. WALSH | $ 1,493.50 | $ 0.00 | $ 1,493.50 |
| Trustee Expenses: JAMES R. WALSH | $ 76.22 | $ 0.00 | $ 76.22 |
| Attorney for Trustee Fees: JAMES R. WALSH ESQ. | $ 5,450.00 | $ 0.00 | $ 5,000.00 |
| Attorney for Trustee Expenses: JAMES R. WALSH ESQ. | $ 31.52 | $ 0.00 | $ 31.52 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,601.24 |
| Remaining Balance | $ 491.61 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,254.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | $ 2,162.34 | $ 0.00 | $ 61.61 |
| 2 | FIRST NATIONAL BANK OF PA. | $ 1,187.87 | $ 0.00 | $ 33.85 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 8,281.21 | $ 0.00 | $ 235.95 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 5,622.58 | $ 0.00 | $ 160.20 |
| | Total to be paid to timely general unsecured creditors | | | $ 491.61 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ James R. Walsh
Trustee

JAMES R. WALSH, TRUSTEE
SPENCE, CUSTER, SAYLOR, WOLFE & ROSE, LLC
1067 MENOHER BOULEVARD
JOHNSTOWN, PA  15905

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                             Case No. 14-70602-JAD
Dale V Felske                                                      Chapter 7
Sherrill L Felske
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-7           User: dkam                  Page 1 of 2                 Date Rcvd: Apr 03, 2018
                               Form ID: pdf900             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db/jdb         +Dale V Felske,   Sherrill L Felske,   11 Felske Lane,   Philipsburg, PA 16866-8549
aty             John A. Baldwin,    Baldwin & Morrison, P.A.,    7100 South U.S. Highway 17-92,
                 Fern Park, FL 32730-2092
intp            Estate of Virginia K. Felske,    c/o Baldwin & Morrison, P.A.,    7100 South U.S. Highway 17-92,
                 Fern Park, FL 32730-2092
13911322       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    P.O. Box 15019,   Wilmington, DE 19886-5019)
13911321        Bank of America,    4060 Ogletown/Stanton Rd,   Newark, DE 19713
13911325        Capital One Bank (USA), N.A.,    C/O Richard D. Fairbank, CEO,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
13911326        Capital One Bank (USA), N.A.,    P.O. Box 71083,   Charlotte, NC 28272-1083
13911324        Capital One Bank (USA), N.A.,    Attn: General Correspondence,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
13911327        Citi Cards,   Processing Center,   Des Moines, IA 50363-0005
13911328        Citi Cards,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
13911330       +Citibank Customer Service,   P.O. Box 6500,    Sioux Falls, SD 57117-6500
13948779       +Dave Lata, Representative,   M&T Bank,   1100 Wehrle Drive,    Williamsville,NY 14221-7748
13911331        Department of Veterans Affairs,   P.O. Box 530269,    Atlanta, GA 30353-0269
13911333        First National Bank,    One F.N.B. Boulevard,   Hermitage, PA 16148
13911335       +First National Bank,    P.O. Box 6000,   Hermitage, PA 16148-0900
13911334        First National Bank,    3320 Esat State Street,   Hermitage, PA 16148
13978135       +First National Bank of Pa.,    4140 East State St,   Hermitage, PA 16148-3401
13911336       +First National Bank of Pennsylvania,    Tyrone,   1402 Logan Avenue,   Tyrone, PA 16686-1724
13911340       +Sears Card Billing Disputes,    P.O. Box 6283,   Sioux Falls, SD 57117-6283
13911341       +Sears Card General Inquiries,    P.O. Box 6275,   Sioux Falls, SD 57117-6275
13911342        Sears Credit Cards,    P.O. Box 6282,   Sioux Falls, SD 57117-6282
13911344        UPMC Presbyterian Shadyside,    P.O. Box 382059,   Pittsburgh, PA 15250-8059
13911343       +United Collection Bureau, Inc.,   5620 Southwyck Blvd.,    Suite 206,   Toledo, OH 43614-1501
13911345        Van Zandt VA Medical Center (503),   2907 Pleasant Valley Blvd.,    Altoona, PA 16602-4377

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: camanagement@mtb.com Apr 04 2018 01:52:27     M&T Bank,   Attn: Dave Lata,
                 1100 Wehrle Drive,   Williamsville, NY 14221
13911338        E-mail/Text: camanagement@mtb.com Apr 04 2018 01:52:27     M&T Bank,
                 Attn: Lending Services, Customer Support,    P.O. Box 1288,   Buffalo, NY 14240-1288
13911339        E-mail/Text: camanagement@mtb.com Apr 04 2018 01:52:27     M&T Bank,
                 Attn: Lending Services, Customer Support,    P.O. Box 900,   Millsboro, DE 19966
13996954       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2018 01:56:02
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
13911323*      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    P.O. Box 982235,   El Paso, TX 79998-2235)
13911332*      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: FIA Card Services, N.A.,    C/O Bank of America,   P.O. Box 982236,
                 El Paso, TX 79998-2236)
13911320*      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    P.O. Box 982234,   El Paso, TX 79998-2234)
13911329*      +Citi Cards,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
13911337      ##+Global Credit & Collection Corp.,    Attn: Mr. Hamblin,   2699 Lee Road,   Suite 330,
                 Winter Park, FL 32789-1740
                                                                                   TOTALS: 1, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-7           User: dkam                  Page 2 of 2                   Date Rcvd: Apr 03, 2018
                               Form ID: pdf900             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2018 at the address(es) listed below:
              Daniel J. Boger    on behalf of Joint Debtor Sherrill L Felske dnlboger@yahoo.com,
               dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
              Daniel J. Boger    on behalf of Debtor Dale V Felske dnlboger@yahoo.com,
               dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
              David J. Novak    on behalf of Trustee James R. Walsh dnovak@spencecuster.com,
              rfn@jjbodies.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              James R. Walsh     jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
               m
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 8
```