IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  DALE V. FELSKE, | : | Bankruptcy No.  14-70602-JAD |
| SHERRILL L. FELSKE, | : | |
| Debtors. | : | |
| | : | Chapter   7 |
| DALE V. FELSKE, | : | |
| SHERRILL L. FELSKE, | : | |
| Movants, | : | Document No. |
| | : | |
| v. | : | Related to Document No. |
| | : | |
| Global Credit & Collection Corp., | : | |
| Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS**

**Undeliverable Address:**

    **Creditor Name:**    Global Credit & Collection Corp.

    **Incorrect Address:**    Attn: Mr. Hamblin
    2699 Lee Road
    Suite 330
    Winter Park, FL 32789

**Corrected Address:**

    **Creditor Name:**    Global Credit & Collection Corp.

    **Correct Address:**    5440 N. Cumberland Avenue
    Ste. 300
    Chicago, IL 60656-1486

Date:   04/09/2018              By:   /s/ Daniel J. Boger, Esq.
                                                            Daniel J. Boger, Esq.
                                                            PA Bar I.D. No. 92961
                                                            Harold Shepley & Associates, LLC
                                                           209 W. Patriot Street
                                                           Somerset, PA 15501
                                                           Phone: (814) 444-0500