IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  DALE V. FELSKE, | : | Bankruptcy No.  14-70602-JAD |
| SHERRILL L. FELSKE, | : | |
| Debtors. | : | |
| | : | Chapter   7 |
| DALE V. FELSKE, | : | |
| SHERRILL L. FELSKE, | : | |
| Movants, | : | Document No. |
| | : | |
| v. | : | Related to Document No. |
| | : | |
| M&T Bank, | : | |
| Respondent. | : | |

## NOTICE OF CHANGE OF ADDRESS

**Undeliverable Address:**

    **Creditor Name:**    M&T Bank

    **Incorrect Address:**  Incomplete Address

**Corrected Address:**

    **Creditor Name:**    M&T Bank

    **Correct Address:**   Legal Document Processing
    P.O. Box 844
    Buffalo, NY 14240-0844

Date:  04/09/2018     By:  /s/ Daniel J. Boger, Esq.
    Daniel J. Boger, Esq.
    PA Bar I.D. No. 92961
    Harold Shepley & Associates, LLC
    209 W. Patriot Street
    Somerset, PA 15501
    Phone: (814) 444-0500