UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| DALE V FELSKE, | § | CASE NO. 14-70602-JAD |
| SHERRILL L FELSKE, | § | |
|     Debtors | § | |
| | § | |
| JAMES R. WALSH, Trustee, | § | CHAPTER 7 |
|     Movant | § | |
| | § | DOCUMENT NO. |
| v. | § | |
| | § | |
| No Respondent | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES R. WALSH, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 75,181.20                         Assets Exempt: 47,698.80
*(Without deducting any secured claims)*

Total Distributions to Claimants: 491.61            Claims Discharged
                                                    Without Payment: 107,118.80

Total Expenses of Administration: 6,943.39

3) Total gross receipts of $ 20,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 12,565.00  (see **Exhibit 2**), yielded net receipts of $ 7,435.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 75,181.20 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,393.39 | 6,943.39 | 6,943.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,490.57 | 17,254.00 | 17,254.00 | 491.61 |
| **TOTAL DISBURSEMENTS** | $ 108,671.77 | $ 24,647.39 | $ 24,197.39 | $ 7,435.00 |

4)  This case was originally filed under chapter 7 on  08/25/2014 .  The case was pending for 47 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/06/2018          By:/s/JAMES R. WALSH
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AMD. 12/23/14 (DOC.#30) ADDED: POSSIBLE CASH | 1229-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DALE V FELSKE | Exemptions | 8100-002 | 12,565.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 12,565.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M&T Bank Attn: Lending Services, Customer Support P.O. Box 1288 Buffalo, NY 14240-1288 | | 68,544.22 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M&T Bank Attn: Lending Services, Customer Support P.O. Box 900 Millsboro, DE 19966 | | 6,636.98 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 75,181.20 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES R. WALSH | 2100-000 | NA | 1,493.50 | 1,493.50 | 1,493.50 |
| JAMES R. WALSH | 2200-000 | NA | 76.22 | 76.22 | 76.22 |
| Spence, Custer, Saylor, Wolfe & Rose, LLC | 2500-000 | NA | 315.48 | 315.48 | 315.48 |
| EmpireNationalBank | 2600-000 | NA | 26.67 | 26.67 | 26.67 |
| JAMES R. WALSH ESQ. | 3110-000 | NA | 5,450.00 | 5,000.00 | 5,000.00 |
| JAMES R. WALSH ESQ. | 3120-000 | NA | 31.52 | 31.52 | 31.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 7,393.39 | $ 6,943.39 | $ 6,943.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | 0.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 982234 El Paso, TX 79998-2234 | | 6,589.40 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of Veterans Affairs P.O. Box 530269 Atlanta, GA 30353-0269 | | 2,281.20 | NA | NA | 0.00 |
| | First National Bank 3320 Esat State Street Hermitage, PA 16148 | | 0.00 | NA | NA | 0.00 |
| | First National Bank of Pennsylvania Tyrone 1402 Logan Avenue Tyrone, PA 16686 | | 0.00 | NA | NA | 0.00 |
| | Global Credit & Collection Corp. Attn: Mr. Hamblin 2699 Lee Road Suite 330 Winter Park, FL 32789 | | 0.00 | NA | NA | 0.00 |
| | Sears Card Billing Disputes P.O. Box 6283 Sioux Falls, SD 57117 | | 5,394.30 | NA | NA | 0.00 |
| | United Collection Bureau, Inc. 5620 Southwyck Blvd. Suite 206 Toledo, OH 43614 | | 0.00 | NA | NA | 0.00 |
| | UPMC Presbyterian Shadyside P.O. Box 382059 Pittsburgh, PA 15250-8059 | | 910.31 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,095.18 | 2,162.34 | 2,162.34 | 61.61 |
| 2 | FIRST NATIONAL BANK OF PA. | 7100-000 | 1,134.00 | 1,187.87 | 1,187.87 | 33.85 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 8,191.33 | 8,281.21 | 8,281.21 | 235.95 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 6,894.85 | 5,622.58 | 5,622.58 | 160.20 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 33,490.57 | $ 17,254.00 | $ 17,254.00 | $ 491.61 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-70602 | JAD | Judge: | Jeffery A. Deller | Trustee Name: | JAMES R. WALSH |
|---|---|---|---|---|---|---|
| Case Name: | DALE V FELSKE | | | | Date Filed (f) or Converted (c): | 08/25/2014 (f) |
| | SHERRILL L FELSKE | | | | 341(a) Meeting Date: | 11/12/2014 |
| For Period Ending: | 07/05/2018 | | | | Claims Bar Date: | 03/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEBTORS' RESIDENCE<br><br>LOCATION: 11 FELSKE LANE, PHILIPSBURG PA 16866<br>INSTRUMENT NO. 200217309<br>Tenancy by the Entireties (J)<br>Secured by M&T Bank (Mtg.) | 79,900.00 | 0.00 | | 0.00 | FA |
| 2. DEBTORS' BURIAL PLOTS LOCATED IN CURWENSVILLE<br><br>CEMETERY ASSOCIATION, CURWENSVILLE, CLEARFIELD<br>COUNTY, PENNSYLVANIA<br>NORTH SECTION 200 ROW 8<br>Tenancy by the Entireties (J) | 600.00 | 0.00 | | 0.00 | FA |
| 3. CASH FOR EMERGENCIES AND MISCELLANEOUS HOUSEHOLD<br><br>PURCHASES (H) | 10.00 | 0.00 | | 0.00 | FA |
| 4. CASH FOR EMERGENCIES AND MISCELLANEOUS HOUSEHOLD<br><br>PURCHASES (W) | 20.00 | 0.00 | | 0.00 | FA |
| 5. PERSONAL CHECKING ACCOUNT AT CNB BANK, (J)<br><br>25 IRWIN DRIVE, PHILIPSBURG, PA 16866, WITH ACCOUNT NUMBER ENDING 1441 | 1,481.49 | 0.00 | | 0.00 | FA |
| 6. PERSONAL SAVINGS ACCOUNT AT CNB BANK, (J)<br><br>25 IRWIN DRIVE, PHILIPSBURG, PA 16866, WITH ACCOUNT NUMBER ENDING 1478 | 204.01 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-70602 | JAD | Judge: | Jeffery A. Deller | Trustee Name: | JAMES R. WALSH |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DALE V FELSKE | | | | Date Filed (f) or Converted (c): | 08/25/2014 (f) |
| | SHERRILL L FELSKE | | | | 341(a) Meeting Date: | 11/12/2014 |
| For Period Ending: | 07/05/2018 | | | | Claims Bar Date: | 03/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7. (3) COUCHES, (15) CHAIRS, (2) ROCKERS, (7) LAMPS, (5) END TABLES, COFFEE TABLE, ROLL-TOP DESK, (2) BOOK CASES, (23 TV STANDS, REFRIGERATOR, STOVE, MICROWAVE, COOKWARE, DINNERWRE, SMALL KITCHEN APPLIANCES, BUFFET, GRANDFATHER CLOSCK, CHINA CABINET, (4) TABLES, WASHER, DRYER, FREEZER, (2) BEDS, (4) DRESSERS, (2) TVS, (2) SHELVES, CABINET, CURIO CABINET, (2) SMALL STANDS, COMPUTER, COMPUTER STAND, DESK AND CHAIR, HOLIDAY DECORATIONS, AND OTHER MISCELLANEOUS HOUSEHOLD GOODS (J) | 3,175.00 | 0.00 | | 0.00 | FA |
| 8. VIDEOS AND COMPACT DISCS (J) | 250.00 | 0.00 | | 0.00 | FA |
| 9. GENERAL WARDROBE (H) | 200.00 | 0.00 | | 0.00 | FA |
| 10. GENERAL WARDROBE (W) | 300.00 | 0.00 | | 0.00 | FA |
| 11. JEWELRY (H) | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. JEWELRY (W) | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. HOBBY EQUIPMENT (H) | 150.00 | 0.00 | | 0.00 | FA |
| 14. HOBBY EQUIPMENT (W) | 100.00 | 0.00 | | 0.00 | FA |
| 15. WHOLE LIFE INSURANCE POLICY THROUGH NEW YORK LIFE INSURANCE COMPANY, 51 MADISON AVENUE, NEW YORK, NY 10010, WITH CERTIFICATE NUMBER ENDING 3485 (H) | 597.15 | 0.00 | | 0.00 | FA |
| 16. WHOLE LIFE INSURANCE POLICY THROUGH NEW YORK LIFE INSURANCE COMPNAY, 51 MADISON AVENUE, NEW YORK, NY 10010, WITH CERTIFICATE NUMBER ENDING 2372 (H) | 1,784.70 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-70602 | JAD | Judge: | Jeffery A. Deller | Trustee Name: | JAMES R. WALSH |
|---|---|---|---|---|---|---|
| Case Name: | DALE V FELSKE | | | | Date Filed (f) or Converted (c): | 08/25/2014 (f) |
| | SHERRILL L FELSKE | | | | 341(a) Meeting Date: | 11/12/2014 |
| For Period Ending: | 07/05/2018 | | | | Claims Bar Date: | 03/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 17. WHOLE LIFE INSURANCE POLICY THROUGH NEW YORK LIFE<br><br>INSURANCE COMPANY, 51 MADISON AVENUE, NEW YORK, NY 10010, WITH CERTIFICATE NUMBER ENDING 8024 (W) | 581.10 | 0.00 | | 0.00 | FA |
| 18. ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE<br><br>POLICY THROUGH MINNESOTA LIFE INSURANCE COMPNAY - A SECURIAN COMPANY, 400 ROBERT STREET NORTH, ST. PAUL, MN 55101-2098, WITH POLICY NUMBER ENDING 8GUS (W) | 0.00 | 0.00 | | 0.00 | FA |
| 19. ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE<br><br>POLICY THROUGH THE HARTFORD, P.O. BOX 40606, NASHVILLE, TN 37204 (H) | 0.00 | 0.00 | | 0.00 | FA |
| 20. 28 SHARES OF COMMON STOCK AT $94.68 PER SHARE (W)<br><br>THROUGH MCDONALD'S CORPORATION, ADMINISTERED BY COMPUTERSHARE, P.O. BOX 43078, PROVIDENCE, RI 02940-3078, WITH ACCOUNT NUMBER ENDING 2005 | 2,651.04 | 0.00 | | 0.00 | FA |
| 21. MONTHLY SOCIAL SECURITY BENEFIT (H) | 1,613.90 | 0.00 | | 0.00 | FA |
| 22. MONTHLY SOCIAL SECURITY BENEFIT (W) | 1,243.90 | 0.00 | | 0.00 | FA |
| 23. MONTHLY RETIREMENT BENEFIT FROM PENNSYLVANIA STATE<br><br>EMPLOYEES' RETIREMENT SYSTEM (W) | 587.71 | 0.00 | | 0.00 | FA |
| 24. FEDERAL TAX REFUND (J) | 310.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-70602 | JAD | Judge: | Jeffery A. Deller | Trustee Name: | JAMES R. WALSH |
|---|---|---|---|---|---|---|
| Case Name: | DALE V FELSKE | | | | Date Filed (f) or Converted (c): | 08/25/2014 (f) |
| | SHERRILL L FELSKE | | | | 341(a) Meeting Date: | 11/12/2014 |
| For Period Ending: | 07/05/2018 | | | | Claims Bar Date: | 03/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25. 2007 CHEVROLET TRAILBLAZER SW WITH 75,583 MILES<br><br>IN GOOD CONDITION (J)<br>Secured by M&T Bank | 10,800.00 | 0.00 | | 0.00 | FA |
| 26. CAT LOCATION: 11 FELSKE LANE, PHILIPSBURG PA 16866 | 20.00 | 0.00 | | 0.00 | FA |
| 27. RIDING MOWER, PUSH MOWER, WHEEL BARROW, CART,<br><br>(2) RAKES, SHOVEL, WEED WACKER, GARDEN TOOLS, TOOL BOX, SMALL HAD TOOLS, EXTENSION CORDS, AUTO MAINTENANCE SUPPLIES, DECORATIONS | 735.00 | 0.00 | | 0.00 | FA |
| 28. AMD. 12/23/14 (DOC.#30) ADDED:  POSSIBLE CASH    (u)<br><br>DISTRIBUTION FROM THE ESTATE OF VIRGINIA K. FELSKE A/K/A VIRGINIA LORETTA KATHRYN FELSKE, THE ESTATE WHICH HAS BEEN OPENED IN THE CIRCUIT COURT FOR VOLUSIA COUNTY, FLORIDA'S PROBATION DIVISION AT FILE NO. 2014-11898-PRDL.COUNSEL OF RECORD FOR THE ESTATE IS JOHN A BALDWIN, ESQ., OF BALDWIN & MORRISON, P.A., 7100 S. HIGHWAY 14-92, FERN PARK, FL 32730. (H)<br>Value $33,750 & (d)(5) exemption $12,565.<br>Over on allowed (d)(5) exemption - Trustee to object?<br>Trustee objection filed; Order 2/26/15 - OBJECTION WITHDRAWN.<br>Trustee value determined by offer made to the estate by one of the heirs to purchase the debtor/estate's interest in the same.<br>-Offer made to buy out estate's interest however, the offeror will not put up hand money or provide written offer - per JRW need both to proceed with sale motion.<br>-Order entered May 19, 2017 granting Trustee's Motion to Sell estate's interest. | 33,750.00 | 0.00 | | 20,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $144,065.00 | $0.00 | $20,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

341 MTG. HELD 11/12/14
   TRUSTEE TO INVESTIGATE INTO RECOVERY OF FUNDS FROM A POSSIBLE POST-PETITION INHERITANCE FROM HUSBAND DEBTOR'S MOTHER'S ESTATE (D.O.D. 9/14/14 -VIRGINIA FELSKE) & DEBTOR'S FILING OF AMENDED (d)(5) EXEMPTIONS FOR SAID INHERITANCE & REVIEW OF PROPERIETY OF SAME; & LETTER TO ATTY. HANDLING VIRGINAI FELSKE ESTATE FOR STATUS;
11/26/14  LTR. TO ATTY. BALDWIN ADVISING THAT MR. FELSKE'S INTEREST IN THE ESTATE OF VIRGINIA K. FELSKE IS PROPERTY OF THE BANKRUPTCY ESTATE AND MUST BE TURNED OVER TO TRUSTEE;
12/4/14  MOTION TO RETAIN COUNSEL FOR TRUSTEE, HRG. 1/15/15, COS; CNO; ORDER 1/12/15 APPROVING RETENTION OF COUNSEL FOR TRUSTEE - COS;
12/23/14  RECEIPT OF DEBTOR'S AMD. B & C ADDING POSS. CASH DISTRIBUTION FROM MOTHER'S ESTATE - $33,750 VALUE & HUSBAND DEBTOR'S (D)(5) EXEMPTION $12,565 - TRUSTEE TO INVESTIGATE PROPRIETY OF (D)(5) EXEMPTIONS
    INVESTIGATE INTO RECOVERY OF FUNDS FROM POST-PETITION INHERITANCE FROM HUSBAND DEBTOR'S MOTHER'S ESTATE (D.O.D. 9/14/14-VIRGINIA FELSKE).

2/4/15  TIR 2014

4/1/2015 - received email and documents from Debtors' counsel related to petition filed in Florida related to the late mother's estate.  Petition seeks to have the heirs determined by the court including the Debtor Husband's 1/4 interest.  Appears decedent owned real estate that with its sale proceeds to be distributed to heirs once sold.  Trustee reserved his/the Bankruptcy Estate's rights to the inheritance.
4/17/15 - KP teleconference with Atty Baldwin re: decedent's estate and state probate process.  Discussed various filings he is to proceed with in the state court.  Advised Atty Baldwin of the Trustee's position and that KP or JRW would formally respond to the letter that he emailed KP today.  Letter was dated March 10, 2015.  Advised that office never received the letter.
7/3/15 - review of file.
9/8/15 - reviewed correspondence and documents from FL decedent's estate attorney regarding estate of Virginia L. Felske, the Debtor's deceased mother.  Per documents, mother died post-petition; FL real estate passes to heirs by virtue of state law; other siblings willing to transfer their respective interests in the real estate to the other sibling who cared for Virginia Felske.  - kpetak 9/8/2015
10/7/15 - correspondence from counsel for Kim Port, who advises Port offers $20k to purchase estate's interest in decedent's real estate.
10/14/15 - JRW response email; estate willing to accept offer subject to Bankruptcy Court approval; however, estate must "net" $20k; Port must assume all closing costs.
12/23/2015 - review of file; no response correspondence from counsel representing Port on the Trustee's counter offer.
1/8/16 - correspondence from Debtor's counsel carbon copying Trustee on letter to decedent estate's counsel inquiring about status of offer which was supposed to be made on the decedent's real estate.  - kpetak 1/8/2016
1/12/16 - letter from Attorney Johns A. Baldwin advising that client is willing to purchase estate's interest in real estate for $20k. Asks that JRW take steps outlined in JRW 10/14/15 email to Baldwin.
4/4/16 - letter dated 3.30.2016 from John A. Baldwin, Esq., counsel for relative interested in purchasing estate's interest in real estate, enquiring as to status of sale motion.  - kpetak 4/4/2016
5/24/16 - letter from Atty John A. Baldwin inquiring about status of sale of estate's interest in real estate.
9/28/16 - review of file.  Sent correspondence to Atty Baldwin to see if client is still interested in purchasing estate's interest in real estate.
10/11/16 - correspondence from John Baldwin dated October 4, 2016, advising that his client is still interested in purchasing estate's interest in the real estate.  Discussed with JRW - before filing sale motion, Trustee wants hand money.  - kpetak 10/11/2016
11.15.16 - voicemail from John Baldwin counsel for prospective purchaser re: status of sale motion; discussed with JRW - per JRW we are still waiting for an agreement of sale as well as hand money before the sale motion can be filed.  Returned Baldwin's call - LM advised of need for agreement of sale and hand money which was already relayed to debtor's counsel and/or him.  - kpetak 11/16/2016
11.23.16 - returned call of John Baldwin to discuss offer on property - will not give hand money to allow Trustee to bring forth the sale; indicated that he will seek other action on the property; advised that the Trustee can always seek to sell his client's interest in the property.  - kpetak 11/23/2016
12.31.16 - review of file; no further action taken by Atty Baldwin or his client.  Trustee to evaluate estate's position to sell the real property as the property is located in Florida.
1.30.17 - letter filed by Atty John Baldwin to the Court stating Trustee has not brought forth sale.  Factually incorrect - omits the Trustee's request for hand money and an agreement of sale.
1.31.17 - Status Conference set by Court on Baldwin's letter - Status Conference scheduled for March 23, 2017 at 10:00 AM.  - kpetak 2/1/2017
2.6.17 - JRW email as Trustee to Debtors in response to their email regarding the status of the case.  Per JRW email - FL counsel has been advised of the need for hand money on several occasions and has refused to pay the same.  Gave deadline of 01 April 2017 or Trustee will move to sell entire property.  - kpetak 2/6/2017
3.23.17 - Order entered granting pro hac vice admission to Atty Baldwin.  - kpetak 3/24/2017
4.3.17 - JRW email to Atty Baldwin advising that firm has yet to receive the $20k cashier's check per JAD's order.  Please track and advise.  - kpetak 4/3/2017
4.18.17 - Trustee filed motion to sell estate's interest in real property located in Florida.  - kpetak 4/18/2017
5.2.17 - advertising for sale arranged; per discussion with Volusia County Bar Association - no legal journal; advertised in local newspaper and Cambria County Legal Journal.  - kpetak 5/2/2017

5.19.17 - sale hearing; order entered approving sale of property for $20k.  - kpetak 5/19/2017
9.22.17 - call from Debtors' counsel re: status of case; advised will look into; per JRW begin TFR; issue exemption check to Debtors.  - kpetak 9/22/2017
10.3.17 - per JRW issued debtor's exemption check as well as payment of costs of sale per Order of Court dated May 19, 2017.   - kpetak 10/3/2017
12.24.17 continued preparation of TFR per JRW instructions.
1.11.18 - TFR submitted to UST.   - kpetak 1/11/2018
3.30.18 - UST approval of TFR.   - kpetak 4/2/2018
4.2.18 - efiled NFR and fee applications; hearing on TFR scheduled for 04 May 2018 at 11:00 am. - kpetak 4/2/2018
06.05.18 - as of May 2018 bank statement, balance remains in bank account as not all distribution checks cashed.  - kpetak 6/29/2018
7.5.18 - zero balance bank stmt received; closed bank account; TDR preparation.  - kpetak 7/5/2018


Initial Projected Date of Final Report (TFR): 03/01/2016          Current Projected Date of Final Report (TFR): 04/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-70602 | Trustee Name: JAMES R. WALSH |
| Case Name: DALE V FELSKE | Bank Name: EmpireNationalBank |
| SHERRILL L FELSKE | Account Number/CD#: XXXXXX7977 |
| | Checking |
| Taxpayer ID No: XX-XXX9556 | Blanket Bond (per case limit): $10,024,323.00 |
| For Period Ending: 07/05/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/25/17 | 28 | Spence, Custer, Saylor, Wolfe & Rose, LLC<br>1067 Menoher Boulevard<br>Johnstown, PA 15905 | Sale Proceeds<br>Transfer of sale proceeds from SCSWR escrow account to estate bank account. Funds put in SCSWR escrow account per Judge Deller's order. Check no. 0544 Dated 9/22/2017 | 1229-000 | $20,000.00 | | $20,000.00 |
| 10/02/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $19,990.00 |
| 10/03/17 | 10001 | DALE V FELSKE<br>11 Felske Lane<br>PHILIPSBURG, PA 16866 | Debtor's Exemption related to Estate of Virginia K. Felske pursuant to 11 USC 522(d)(5); amended Schedule C filed on 12/23/2104 at Dkt. No. 30. | 8100-002 | | $12,565.00 | $7,425.00 |
| 10/03/17 | 10002 | Spence, Custer, Saylor, Wolfe & Rose, LLC<br>1067 Menoher Boulevard<br>Johnstown, PA 15905 | Reimbursement of Costs of Sale pursuant to Order of Court dated May 19, 2017 (Dkt. No. 67) authorizing sale of Estate's interest in real property. Includes costs advanced by Spence Custer for sale. | 2500-000 | | $315.48 | $7,109.52 |
| 11/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.67 | $7,092.85 |
| 05/17/18 | 10003 | JAMES R. WALSH<br>Spence, Custer, Saylor, Wolfe & Rose, LLC<br>1067 Menoher Blvd.<br>Johnstown, PA 15905 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,493.50 | $5,599.35 |
| 05/17/18 | 10004 | JAMES R. WALSH<br>Spence, Custer, Saylor, Wolfe & Rose, LLC<br>1067 Menoher Blvd.<br>Johnstown, PA 15905 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $76.22 | $5,523.13 |
| 05/17/18 | 10005 | JAMES R. WALSH ESQ.<br>1067 Menoher Boulevard<br>Johnstown, PA 15905 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $5,000.00 | $523.13 |

Page Subtotals: $20,000.00    $19,476.87

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-70602 | | Trustee Name: | JAMES R. WALSH |
| Case Name: | DALE V FELSKE | | Bank Name: | EmpireNationalBank |
| | SHERRILL L FELSKE | | Account Number/CD#: | XXXXXX7977 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX9556 | | Blanket Bond (per case limit): | $10,024,323.00 |
| For Period Ending: | 07/05/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/18 | 10006 | JAMES R. WALSH ESQ.<br>1067 Menoher Boulevard<br>Johnstown, PA 15905 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $31.52 | $491.61 |
| 05/17/18 | 10007 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 1 representing a payment of 2.85 % per court order. | 7100-000 | | $61.61 | $430.00 |
| 05/17/18 | 10008 | FIRST NATIONAL BANK OF PA.<br>4140 East State Street<br>Hermitage, PA  16148 | Final distribution to claim 2 representing a payment of 2.85 % per court order. | 7100-000 | | $33.85 | $396.15 |
| 05/17/18 | 10009 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 2.85 % per court order. | 7100-000 | | $235.95 | $160.20 |
| 05/17/18 | 10010 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 2.85 % per court order. | 7100-000 | | $160.20 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $12,565.00 |
| Net | $20,000.00 | $7,435.00 |

Page Subtotals:    $0.00    $523.13

UST Form 101-7-TDR (10/1/2010) (Page: 16)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7977 - Checking | $20,000.00 | $7,435.00 | $0.00 |
|  | $20,000.00 | $7,435.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:  $0.00    $0.00